*Arthur K. Bolton, Attorney General,* for appellee.

## 28195. VON RICHTER v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 6, 1973.

Gerald R. Von Richter, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28204. HAMM v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 6, 1973.

Emory C. Hamm, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28125. FORTSON v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 20, 1973.

Ollie Fortson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28215. CLEMENTS v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 20, 1973.

Toney Earl Clements, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28129. PERRY v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*